Case 2:18-mj-05600   Document 1   Filed in TXSD on 12/12/18   Page 1 of 1

United States Courts
Southern District of Texas
FILED

DEC 12 2018

David J. Bradley, Clerk of Court

AO91 (Rev. 12/03) Criminal Complaint                                    FELONY

# UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

**UNITED STATES OF AMERICA**                    **CRIMINAL COMPLAINT**
vs.

Erick Gustavo PORTILLO                          Case Number: 2:18mj5600

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about December 04, 2018 in Hidalgo County, in the Southern District Of Texas defendant(s) being an alien to the United States, did knowingly and unlawfully enter the United States from Mexico, at a point near Hidalgo, Texas which said time and place was other than as designated by immigration officials of the United States for the entrance of immigrants into the United States after having a previous conviction pursuant to Title 8 USC 1325(a)

in violation of Title 8 United States Code, Section(s) 1325

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

On December 10, 2018, Border Patrol Agents encountered Erick Gustavo PORTILLO attempting to circumvent the United States Border Patrol Checkpoint near Falfurrias, Texas. Agents determined PORTILLO to be a citizen and national of Honduras without any valid immigration documents to enter or remain in the United States legally. Record checks revealed PORTILLO has a prior conviction for illegal entry on September 15, 2017 for which he was sentenced to 1 year Probation. PORTILLO stated he had entered the United States illegally by crossing the Rio Grande River on or about December 04, 2018 near Hidalgo, Texas. PORTILLO entered the United States at a time and place not designated by immigration officials for the entrance of immigrants into the country. AUSA Julie Hampton was briefed on the case and accepted prosecution for a violation of Title 8 USC 1325, subsequent Illegal Entry into the United States.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

_____
Signature of Complainant

Antonino Gonzalez Jr.   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

December 12, 2018  at 12:15 PM            at   Corpus Christi, Texas
Date                                           City/State

B. Janice Ellington         U.S. Magistrate Judge        _____
Name of Judge               Title of Judge               Signature of Judge